**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**

**STEVEN BROOKS**                                              **CASE NO. 16-21667**
**SUSAN THERESE BROOKS**

**DEBTORS**                                                    **CHAPTER 13**

## AMENDMENT TO PETITION

The debtor(s) amend the Petition to file the attached Statement of Intent.

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## AMENDMENT TO PETITION

The undersigned states under penalty of perjury that the debtor(s) has read the Statement of Intent, consisting of three sheets and that it is true and correct to the best of the debtor(s) knowledge, information and belief.

Execution Date: September 18, 2018

/s/ Steven Brooks                           /s/ Susan Therese Brooks
**STEVEN BROOKS**                           **SUSAN THERESE BROOKS**
Debtor                                      Co-Debtor

## CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of this amendment has been sent to the U.S. Trustee, ustpregion08.lx.ecf@usdoj.gov  this 23rd day of October, 2018.

/s/ L. Craig Kendrick
L. CRAIG KENDRICK
7000 Houston Rd, Bldg 300, Ste 25
Florence, KY 41042
(859) 371-4321

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** First Name | Middle Name | **Brooks** Last Name |
| Debtor 2 (Spouse if, filing) | **Susan** First Name | **Therese** Middle Name | **Brooks** Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known): 16-21667

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7           12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **COVE**<br>Description of property securing debt: **2007 Chevrolet Aveo** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Kentucky Housing Authority**<br>Description of property securing debt: **11 Toni Terrace Fort Thomas, KY 41075  Campbell County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Ocwen Loan Servicing, Inc.**<br>Description of property: **11 Toni Terrace Fort Thomas, KY 41075  Campbell County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

| Debtor 1 | Steven Brooks | | |
|---|---|---|---|
| Debtor 2 | Susan Therese Brooks | Case number (if known) | 16-21667 |

securing debt:

---

**Creditor's name:** Presidents Federal Credit Union

**Description of property securing debt:** 2013 Chevrolet Camaro

- ■ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

■ No
☐ Yes

---

**Creditor's name:** Presidents Federal Credit Union

**Description of property securing debt:** 2011 Chevrolet Cruze

- ■ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

■ No
☐ Yes

---

**Creditor's name:** SEMC

**Description of property securing debt:** 2009 Chevrolet Malibu

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ■ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

☐ No
■ Yes

---

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

| | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | ☐ No |

| Debtor 1 | **Steven Brooks** | | |
|---|---|---|---|
| Debtor 2 | **Susan Therese Brooks** | Case number *(if known)* | **16-21667** |

Description of leased
Property: _____  ☐ Yes

Lessor's name: _____  ☐ No
Description of leased
Property: _____  ☐ Yes

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Steven Brooks                           X  /s/ Susan Brooks
**Steven Brooks**                                 **Susan Therese Brooks**
Signature of Debtor 1                             Signature of Debtor 2

Date  **September 18, 2018**                      Date  **September 18, 2018**

Official Form 108      Statement of Intention for Individuals Filing Under Chapter 7      page 3